UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
NOV -1 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. |
| MARVIN WILLIAMS, ) | 4:17CR00513 SNLJ/SPM |
| Defendant. ) | |

### INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about August 9, 2017, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

**MARVIN WILLIAMS,**

having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess a firearm, which had been transported in interstate or foreign commerce prior to or during defendant's possession of same.

In violation of Title 18, United States Code, Section 922(g) and punishable under Title 18, United States Code, Section 924(a)(2).

### COUNT II

The Grand Jury further charges that:

On or about August 9, 2017, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

**MARVIN WILLIAMS,**

with the use of a deadly or dangerous weapon; to wit, a firearm, did forcibly assault, resist, oppose, impede, intimidate, or interfere with a federal employee of the United States Post Office while engaged in or on account of the performance of official duties.

In violation of Title 18 United States Code, Section 111(a)(1) and punishable under Title 18 United States Code, Section 111(b).

## COUNT III

The Grand Jury further charges that:

On or about August 9, 2017, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

**MARVIN WILLIAMS,**

did knowingly and intentionally possess, with intent to distribute, a mixture or substance containing marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(D).

## COUNT IV

The Grand Jury further charges that:

On or about August 9, 2017, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

**MARVIN WILLIAMS,**

the defendant, did knowingly possess a firearm in furtherance of the drug trafficking crime charged in Count one (III) herein, in violation of Title 18, United States Code, Sections 924(c)(l)(A)(i).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
EDWARD L. DOWD III #61909MO
Assistant United States Attorney